**IT IS ORDERED as set forth below:**



**Date: October 18, 2018**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-71027-PMB |
| | : | |
| CHRISTOPHER EUGENE GOSS, SR., | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |
| CHRISTOPHER EUGENE GOSS, SR., | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| S. GREGORY HAYS, Chapter 7 Trustee, | : | |
| | : | |
| Respondent. | : | |

**ORDER DENYING DEBTOR'S MOTION FOR ACCOUNTING AND REQUEST TO HAVE CHAPTER 7 TRUSTEE REMOVED**

On September 10, 2018, Christopher Eugene Goss, Sr. ("**Debtor**") filed his *Motion to Review Informations [sic] and Accounting Records Filed by Trustee into the Court as a Matter of Due Process* [Doc. No. 68] (the "**Motion**") seeking, among other things, an accounting from

12742853v1

S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for Debtor's bankruptcy estate (the "**Bankruptcy Estate**"), of the funds that Trustee has received in this bankruptcy case and asking that the Court remove and replace Trustee as trustee for the Bankruptcy Estate.

On September 17, 2018, Trustee filed a response to the Motion [Doc. No. 81] (the "**Response**") in which he provided a detailed accounting of the funds that he has received in this case, vehemently opposed his removal as trustee, and requested sanctions against Debtor for the allegedly baseless allegations set forth in the Motion.

On September 19, 2018, the Court entered an order and notice [Doc. No. 82] (the "**Order and Notice**") specially setting a hearing on the Motion and Response on October 17, 2018 at 9:30 a.m. (the "**Hearing**").

The Order and Notice was served on Trustee and Debtor, among other entities. [Doc. No. 83].

On October 3, 2018, the United States Trustee filed a response to the Motion [Doc. No. 96] (the "**UST Response**"), in which he requested that the Court deny Debtor's request for an accounting, as moot, and deny Debtor's request to remove Trustee.

Trustee, counsel for Trustee, and counsel for the United States Trustee appeared at the specially set Hearing. Debtor did not appear.

At the Hearing, counsel for Trustee announced that, in accordance with that certain order of the Court [Doc. No. 72], Trustee had closed the sale of that certain real property with a common address of 705 Birchwood Road, Marietta, Cobb County, Georgia 30060 (the "**Property**") for a sale price of $138,000.00. *See* [Doc. No. 97]. Counsel for Trustee also announced that (a) the Bankruptcy Estate had incurred $3,596.75 in costs (the "**Moving**

12742853v1

**Expenses**") moving Debtor and his belongings and then disposing of unwanted items after Debtor failed to comply with the Court's previous orders [Doc. Nos. 65, 73, and 89] requiring Debtor to vacate the Property and remove all his personal belongings; and (b) following the closing of the sale of the Property and payment of all secured claims in or to the Property, the unencumbered value of the Property was $2,361.48 such that Debtor's allowed exemption in the Property was the same amount—that is, $2,361.48 ("**Debtor's Exemption**").  *See* [Doc. Nos. 89 and 97].

Having considered the Motion, the Response, the UST Response, the statements of counsel at the Hearing, and the entire record in this matter; for all those reasons set forth on the record at the Hearing; and for good cause shown, it is hereby

**ORDERED** that the Motion is **DENIED**.  It is further

**ORDERED** that Trustee's request for sanctions against Debtor is **DENIED**; provided however, Trustee is entitled to set off the Moving Expenses in the amount of $3,596.75 against Debtor's Exemption in the amount of $2,361.48, and, as a result, Trustee and the Bankruptcy Estate no longer have an obligation to pay Debtor the Debtor's Exemption.

**[END OF DOCUMENT]**

12742853v1

**Order prepared and presented by:**

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
      Michael J. Bargar
      Georgia Bar No. 645709
      michael.bargar@agg.com
171 17th Street, NW, Suite 2100
Atlanta, GA  30363
(404) 873-8500

**Identification of parties to be served:**

Lindsay P.S. Kolba
Office of the U.S. Trustee
362 Richard B. Russell Federal Building
75 Spring Street SW
Atlanta, GA 30303

Christopher Eugene Goss, Sr.
705 Birchwood Road
Marietta, GA 30060

Christopher Eugene Goss, Sr.
921 Westmoreland Circle NW
Apt. #2307
Atlanta, Ga. 30318

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Ronna M. Woodruff, Esq.
Woodruff Law LLC
123 Powers Ferry Road, SE
Marietta, GA  30067

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363

12742853v1