UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-71027 - PMB |
| | : | |
| CHRISTOPHER EUGENE GOSS, SR., | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**TRUSTEE'S DESIGNATION OF THE RECORD ON APPEAL**

COMES NOW S. Gregory Hays, Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate of Christopher Eugene Goss, Sr. ("**Appellant**"), by and through undersigned counsel, and pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure,[1] respectfully designates the items listed below for inclusion in the record regarding the Notice of Appeal filed October 19, 2018 [Doc. No. 101].

**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

| Date Filed | Doc. No. | Docket Text |
|---|---|---|
| 12/04/2017 | 1 (9 pgs) | Voluntary Petition (Chapter 7) for Individual(s) Fee $ 335, Filed by Ronna M. Woodruff of Woodruff Law LLC on behalf of Christopher Eugene Goss Sr. Government Proof of Claim due by 6/4/2018. (Woodruff, Ronna) |
| 12/05/2017 | 6 (2 pgs) | Notice of Meeting of Creditors (Chapter 7 - Individual - No Asset). 341 Meeting to be held on 01/09/2018 at 10:00 AM at Hearing Room 366, Atlanta. Objections |

---

[1] Appellant failed to designate the record or file a statement of the issues to be presented on appeal, in accordance with Rule 8009 of the Federal Rules of Bankruptcy Procedure. Although Rule 8009 does not create a deadline for an appellee to designate the record when the appellant fails to do so, Trustee designates this record in an effort to comply with the spirit of the Federal Rules of Bankruptcy Procedure and to ensure that the appellate record is sufficient for Trustee to protect his victories in the Bankruptcy Court.

1

| | | |
|---|---|---|
| | | for Discharge due by 03/12/2018. Financial Management Course due: 02/23/2018. (Admin.) |
| 12/05/2017 | 7<br>(1 pg) | Notice of deadlines to correct filing deficiencies. Service by BNC. Statement of Financial Affairs due 12/18/2017. Schedule(s) due by 12/18/2017. Declaration About Debtors Schedules (B106) due 12/18/2017. Summary of Assets and Liabilities due 12/18/2017. Atty Disclosure State. due 12/18/2017. Statement of Income and, if applicable, Means Test Calculation Form due: 12/18/2017.Statement of Intent due 1/3/2018. (rhg) |
| 12/12/2017 | 12<br>(46 pgs) | Attorney Disclosure Statement , Chapter 7 Statement of Monthly Income/Means Test Document(s) , Schedule A/B , Schedule C , Schedule D , Schedule E/F , Schedule G , Schedule H , Schedule I , Schedule J , Statement of Financial Affairs , Statement of Intent, Summary of Assets and Liabilities with Statistical Information for Individual Debtor , Verification or Declaration for Individual Debtor filed by Ronna M. Woodruff on behalf of Christopher Eugene Goss Sr. (related document(s)7) (Woodruff, Ronna) |
| 01/09/2018 | | Section 341(a) meeting held and concluded (lp) (Entered: 01/19/2018) |
| 01/24/2018 | 18<br>(1 pg) | Notice Setting Deadline to File Proofs of Claim. Service by BNC Proof of Claims due by 4/24/2018. (tan) |
| 01/26/2018 | 19<br>(2 pgs) | Certificate of Mailing by BNC of Notice Fixing Claim Deadline Notice Date 01/26/2018. (Admin.) (Entered: 01/27/2018) |
| 01/26/2018 | 20 | Certificate of Mailing by BNC of Notice |

12859583v1

| | | |
|---|---|---|
| | (3 pgs) | of Abandonment Notice Date 01/26/2018. (Admin.) (Entered: 01/27/2018) |
| 02/07/2018 | 26 (3 pgs) | Certificate of Mailing by BNC of Notice of Abandonment Notice Date 02/07/2018. (Admin.) (Entered: 02/08/2018) |
| 02/12/2018 | 27 (17 pgs) | Amended Schedule A/B , Amended Schedule C , Amended Summary of Assets and Liabilities with Statistical Information for Individual Debtor filed by Ronna M. Woodruff on behalf of Christopher Eugene Goss Sr. (Woodruff, Ronna) |
| 02/27/2018 | 29 (16 pgs) | Motion to Sell / *Motion to Authorize Sale of Motor Vehicle*, filed by Michael J. Bargar on behalf of S. Gregory Hays. (Bargar, Michael) |
| 02/27/2018 | 30 (2 pgs) | Notice of Hearing Filed by Michael J. Bargar on behalf of S. Gregory Hays. Hearing to be held on 3/26/2018 at 02:00 PM in Courtroom 1202, Atlanta, (related document(s)29)(Bargar, Michael) |
| 02/27/2018 | 31 (5 pgs) | Certificate of Service of filed by Michael J. Bargar on behalf of S. Gregory Hays. (related document(s)30) (Bargar, Michael) |
| 03/29/2018 | 32 (5 pgs) | Order GRANTING Motion to Sell Motor Vehicle (Related Doc # 29) Service by BNC.. Entered on 3/29/2018. (kpc) |
| 03/31/2018 | 33 (6 pgs) | Certificate of Mailing by BNC of Order on Motion to Sell Notice Date 03/31/2018. (Admin.) (Entered: 04/01/2018) |
| 04/03/2018 | 34 (2 pgs) | Order Discharging Chapter 7 Debtor. Service by BNC (er) |
| 04/05/2018 | 35 (4 pgs) | Certificate of Mailing by BNC of Order Discharging Debtor. Notice Date 04/05/2018. (Admin.) (Entered: |

3

12859583v1

|  |  | 04/06/2018) |
|---|---|---|
| 05/03/2018 | [36](#) (5 pgs) | Trustee's Report of Sale Filed by S. Gregory Hays on behalf of S. Gregory Hays. (related document(s)32) (Hays, S.) |
| 05/30/2018 | [37](#) (20 pgs) | Motion to Approve Settlement Agreement / *Motion for Order: (A) Authorizing Settlement Between Trustee and Marlene N. Stansell, as Trustee for the Tommy V. Stansell and Marlene N. Stansell Revocable Living Trust, under Rule 9019 of the Federal Rules of Bankruptcy Procedure; (B) Establishing the Extent, Validity, and Priority of the Security Interest of the Revocable Trust in Accordance with the Proposed Settlement; and (C) Authorizing Trustee to Make Certain Payments in Accordance with the Proposed Settlement* filed by Michael J. Bargar on behalf of S. Gregory Hays. (Bargar, Michael) |
| 05/30/2018 | [38](#) (4 pgs) | Notice Of Hearing On Motion For Order: (A) Authorizing Settlement Between Trustee And Marlene Sheffield, As Trustee For The Tommy V. Stansell And Marlene N. Stansell Revocable Living Trust, Under Rule 9019 Of The Federal Rules Of Bankruptcy Procedure; (B) Establishing The Extent, Validity, And Priority Of The Security Interest Of The Revocable Trust In Accordance With The Proposed Settlement; And (C) Authorizing Trustee To Make Certain Payments In Accordance With The Proposed Settlement Filed by Michael J. Bargar on behalf of S. Gregory Hays. Hearing to be held on 6/25/2018 at 02:00 PM in Courtroom 1202, Atlanta, (related document(s)37)(Bargar, Michael) Modified on 5/31/2018 (tf). |
| 05/31/2018 | [39](#) | Certificate of Service of Notice of Hearing |

4

12859583v1

| | | |
|---|---|---|
| | (5 pgs) | filed by Michael J. Bargar on behalf of S. Gregory Hays. (related document(s)38) (Bargar, Michael) |
| 06/15/2018 | 40<br>(19 pgs) | Application to Employ Atlanta Communities Real Estate Brokerage LLC and Bill Celler as Real Estate Agent for the Estate filed by Michael J. Bargar on behalf of S. Gregory Hays. (Bargar, Michael) |
| 06/15/2018 | 41<br>(3 pgs) | Order GRANTING Application to Employ Atlanta Communities Real Estate Brokerage LLC and Bill Celler as Broker, Subject to Objection. (Related Doc # 40). Service by BNC.. Entered on 6/15/2018. (kpc) |
| 06/17/2018 | 42<br>(4 pgs) | Certificate of Mailing by BNC of Order on Application to Employ Notice Date 06/17/2018. (Admin.) (Entered: 06/18/2018) |
| 06/27/2018 | 43<br>(4 pgs) | Order GRANTING Motion (A) Authorizing Settlement Between Trustee and Marlene N. Stansell, as Trustee for the Tommy V. Stansell and Marlene N. Stansell Revocable Living Trust, under Rule 9019 of the Federal Rules of Bankruptcy Procedure; (B) Establishing the Extent, Validity, and Priority of the Security Interest of the Revocable Trust in Accordance with the Proposed Settlement; and (C) Authorizing Trustee to Make Certain Payments in Accordance with the Proposed Settlement(Related Doc # 37) Service by BNC. Entered on 6/27/2018. (kys) |
| 06/29/2018 | 45<br>(5 pgs) | Certificate of Mailing by BNC of Order to Approve Settlement Agreement Notice Date 06/29/2018. (Admin.) (Entered: 06/30/2018) |

12859583v1

| | | |
|---|---|---|
| 07/09/2018 | 46 (3 pgs) | (WITHDRAWN) Motion to Withdraw as Attorney of Record filed by Ronna M. Woodruff on behalf of Christopher Eugene Goss Sr. (Woodruff, Ronna) Modified on 7/11/2018 (trp). |
| 07/10/2018 | 47 (2 pgs) | Withdrawal of Motion to Withdraw as Counsel, filed by Ronna M. Woodruff on behalf of Christopher Eugene Goss Sr. (related document(s)46) (Woodruff, Ronna) Modified on 7/11/2018 (trp). |
| 07/26/2018 | 48 (11 pgs) | Amended Schedule C , Amended Summary of Assets and Liabilities with Statistical Information for Individual Debtor filed by Ronna M. Woodruff on behalf of Christopher Eugene Goss Sr. (Woodruff, Ronna) |
| 07/26/2018 | 49 (4 pgs) | (WITHDRAWN) Motion to Withdraw as Attorney of Record filed by Ronna M. Woodruff on behalf of Christopher Eugene Goss Sr. (Woodruff, Ronna) Modified on 8/1/2018 (jlc). |
| 07/31/2018 | 50 (2 pgs) | Withdrawal of Document *Motion to Withdraw as Counsel* filed by Ronna M. Woodruff on behalf of Christopher Eugene Goss Sr. (related document(s)49) (Woodruff, Ronna) |
| 07/31/2018 | 51 (5 pgs) | Motion to Withdraw as Attorney of Record filed by Ronna M. Woodruff on behalf of Christopher Eugene Goss Sr. (Woodruff, Ronna) |
| 07/31/2018 | 52 (5 pgs) | Trustee's Interim Report for period ending 06/30/18 Filed by S. Gregory Hays on behalf of S. Gregory Hays. (Hays, S.) |
| 08/08/2018 | 53 (37 pgs) | Motion to Sell Free and Clear of Liens Under Section 363(f) */ Motion for Authority to (I) Sell Property of the Bankruptcy Estate Free and clear of All* |

12859583v1

| | | |
|---|---|---|
| | | *Liens, Interests, and Encumbrances, and (II) Disburse Certain Proceeds at Closing* Fee $ 181, filed by Michael J. Bargar on behalf of S. Gregory Hays. (Bargar, Michael) |
| 08/08/2018 | [55](#) (8 pgs) | Notice of Hearing Filed by Michael J. Bargar on behalf of S. Gregory Hays. Hearing to be held on 9/10/2018 at 02:00 PM in Courtroom 1202, Atlanta, (related document(s)[53](#))(Bargar, Michael) |
| 08/15/2018 | [56](#) (2 pgs) | Order GRANTING Motion to Withdraw as Counsel (Related Doc # [51](#)) Service by BNC. Entered on 8/15/2018. (asb) |
| 08/17/2018 | [57](#) (4 pgs) | Certificate of Mailing by BNC of Order on Motion to Withdraw as Attorney Notice Date 08/17/2018. (Admin.) (Entered: 08/18/2018) |
| 08/20/2018 | [58](#) (6 pgs) | Trustee's Motion *for Order Compelling Debtor to Turn Over Property and Prohibiting Debtor from Removing Property of the Estate and Request for Expedited Hearing* filed by Michael J. Bargar on behalf of S. Gregory Hays. (Bargar, Michael) Modified on 8/21/2018 (kkp). |
| 08/20/2018 | [59](#) (1 pg) | Notice of Appearance Filed by R. Jeneane Treace on behalf of Office of the United States Trustee. (Treace, R.) |
| 08/21/2018 | [60](#) (3 pgs) | Order and Notice Setting Expedited Hearing on Trustee's Motion for Order Compelling Debtor to Turn Over Property and Prohibiting Debtor from Removing Property of the Estate and Request for Expedited Hearing. Expedited Service to be completed by Trustee. Entered on 8/21/2018. Hearing to be held on 8/27/2018 at 03:45 PM in Courtroom 1202, Atlanta, (related document(s)[58](#)) |

7

12859583v1

| | | |
|---|---|---|
| | | (amm) |
| 08/21/2018 | [61](#) (5 pgs) | Certificate of Service of *Order and Notice of Hearing on Motion to Compel Turnover* filed by Michael J. Bargar on behalf of S. Gregory Hays. (related document(s) [60](#)) (Bargar, Michael). Modified on 8/22/2018 (kpc). |
| 08/23/2018 | [62](#) (2 pgs) | Supplemental Certificate of Service of Order and Notice filed by Michael J. Bargar on behalf of S. Gregory Hays. (related document(s)[60](#)) (Bargar, Michael) Modified on 8/24/2018 (ngs). |
| 08/23/2018 | [63](#) (4 pgs) | Certificate of Mailing by BNC of Order and Notice Notice Date 08/23/2018. (Admin.) (Entered: 08/24/2018) |
| 8/27/2018 | N/A | Transcript of Hearing on Motion for Order Compelling Debtor to Turn Over Property and Prohibiting Debtor from Removing Property of the Estate. TRANSCRIPT WAS PREVIOUSLY ORDERED BY TRUSTEE IN AN EARLIER APPEAL BY APPELLANT. |
| 08/27/2018 | [64](#) (11 pgs) | Motion to Disallow Exemption (Objection to Exemption) filed by Michael J. Bargar on behalf of S. Gregory Hays. Hearing to be held on 9/24/2018 at 02:00 PM in Courtroom 1202, Atlanta, (Bargar, Michael) |
| 08/28/2018 | [65](#) (3 pgs) | Order GRANTING Trustee's Motion for Order Compelling Debtor to Turn Over Property and Prohibiting Debtor from Removing Property of the Estate (Related Doc # [58](#)) Service by BNC. Entered on 8/28/2018. (kpc) |
| 08/30/2018 | [66](#) (4 pgs) | Certificate of Mailing by BNC of Order on Motion for Turnover Notice Date 08/30/2018. (Admin.) (Entered: |

8

12859583v1

| | | |
|---|---|---|
| | | 08/31/2018) |
| 9/10/2018 | N/A | Transcript of Hearing on Motion for Authority to (I) Sell Property of the Bankruptcy Estate Free and clear of All Liens, Interests, and Encumbrances, and (II) Disburse Certain Proceeds at Closing. TRANSCRIPT WAS PREVIOUSLY ORDERED BY TRUSTEE IN AN EARLIER APPEAL BY APPELLANT. |
| 09/10/2018 | 67 (4 pgs) | Motion to Convert Chapter 7 Case to Chapter 13 filed by Christopher Eugene Goss Sr. (hd) |
| 09/10/2018 | 68 (2 pgs) | Motion to Review Information and Accounting Records filed by Trustee into the Court as a Matter of Due Process filed by Christopher Eugene Goss Sr. (hd) |
| 09/12/2018 | 72 (5 pgs) | Order GRANTING Trustee's Motion for Authority to (I) Sell Property of the Bankruptcy Estate Free and Clear of All Liens, Interests, and Encumbrances, and (II) Disburse Certain Proceeds at Closing. (Related Doc # 53) Service by BNC.. Entered on 9/12/2018. (kpc) |
| 09/12/2018 | 73 (3 pgs) | Amended Order GRANTING Trustee's Motion for Order Compelling Debtor to Turn Over Property and Prohibiting Debtor from Removing Property of the Estate (Related Doc 58, 65) Service by BNC. Entered on 9/12/2018. (kpc). |
| 09/12/2018 | 74 (2 pgs) | Order DENYING Debtor's Motion to Convert. (Related Doc # 67) Service by BNC. Entered on 9/12/2018. (kpc) |
| 09/13/2018 | 75 (1 pg) | Certificate of Service OF Order Denying Debtor's Motion to Convert filed by Michael J. Bargar on behalf of S. Gregory Hays. (related document(s)72, 73, 74) (Bargar, Michael) Modified on 9/14/2018 |

9

|  |  |  |
|---|---|---|
|  |  | (tan). |
| 09/13/2018 | 76 (2 pgs) | Certificate of Mailing by BNC of Notice of Deficiency Notice Date 09/13/2018. (Admin.) (Entered: 09/14/2018) |
| 09/13/2018 | 77 (2 pgs) | Certificate of Mailing by BNC of Notice of Deficiency Notice Date 09/13/2018. (Admin.) (Entered: 09/14/2018) |
| 09/14/2018 | 78 (4 pgs) | Certificate of Mailing by BNC of Order on Motion to Convert Case 7 or 11 to 13 Notice Date 09/14/2018. (Admin.) (Entered: 09/15/2018) |
| 09/14/2018 | 79 (4 pgs) | Certificate of Mailing by BNC of Order on Motion for Turnover Notice Date 09/14/2018. (Admin.) (Entered: 09/15/2018) |
| 09/14/2018 | 80 (6 pgs) | Certificate of Mailing by BNC of Order on Motion to Sell Notice Date 09/14/2018. (Admin.) (Entered: 09/15/2018) |
| 09/17/2018 | 81 (44 pgs) | Response to Motion / *Trustee's Response in Opposition to Debtor's Motion to Review Information and Accounting Records filed by Trustee into the Court as a Matter of Due Process and Request for Sanctions Against Debtor* filed by Michael J. Bargar on behalf of S. Gregory Hays. (related document(s)68)(Bargar, Michael) |
| 09/19/2018 | 82 (2 pgs) | Order and Notice of Hearing on Debtor's Motion for Accounting. Service by BNC. Entered on 9/19/2018. Hearing to be held on 10/17/2018 at 09:30 AM in Courtroom 1202, Atlanta, (related document(s)68, 81) (kpc) |
| 09/21/2018 | 83 (3 pgs) | Certificate of Mailing by BNC of Order and Notice Notice Date 09/21/2018. (Admin.) (Entered: 09/20/2018) |

10

12859583v1

| | | |
|---|---|---|
| 9/24/2018 | N/A | Transcript of Hearing on Motion to Disallow Exemption (Objection to Exemption) TRANSCRIPT WILL BE ORDERED BY THE UNITED STATES TRUSTEE. |
| 09/24/2018 | 84 (2 pgs) | Response/Notice of Opposition and Disagreement of Trustee's Motion to Oppose Debtor's Rights to Claimed Exemptions of $21,500.00, filed by Christopher Eugene Goss Sr. (related document(s)81) (hd) |
| 09/24/2018 | 85 (2 pgs) | Notice of Appeal to District Court, Fee Due $ 298 Receipt Number: NONE, Amount Paid $ 0, filed by Christopher Eugene Goss Sr. Appellant Designation due by 10/9/2018, submission by USBC to USDC due by 10/24/2018, (related document(s)72, 73) (hd) |
| 09/25/2018 | 87 (3 pgs) | Notification of Appeal Requirements (related document(s)85) (yl) |
| 09/25/2018 | 89 (3 pgs) | Order Sustaining Trustee's Objection to Claimed Exemptions. Debtor's Exemption in the Property is disallowed as claimed and allowed in the amount of the Unencumbered Value of the Property. FURTHER ORDERED that if Debtor vacates the Property, including removing all items of personal property from the Property, on or before September 28, 2018, and if Trustee closes a sale of the Property, then Trustee shall pay Debtor his allowed Exemption in the amount equal to the Unencumbered Value of the Property; provided, however, that if Debtor fails to vacate the Property, including removing all items of personal property from the Property, on or before September 28, 2018, then Trustee shall be authorized to hold Debtor's allowed Exemption until further order of this Court. (Related Doc |

12859583v1

|  |  |  |
|---|---|---|
|  |  | 64) Service by BNC. Entered on 9/25/2018. (kpc) |
| 09/25/2018 | 90 (1 pg) | Certificate of Service of *Order Sustaining Trustee's Objection to Claimed Exemptions* filed by Michael J. Bargar on behalf of S. Gregory Hays. (related document(s)89) (Bargar, Michael) |
| 09/25/2018 | 91 (1 pg) | Amended Certificate of Service of *Order Sustaining Trustee's Objection to Claimed Exemptions* filed by Michael J. Bargar on behalf of S. Gregory Hays. (related document(s)89, 90) (Bargar, Michael) |
| 09/27/2018 | 93 (2 pgs) | Certificate of Mailing by BNC of Notice of Deficiency Notice Date 09/27/2018. (Admin.) (Entered: 09/28/2018) |
| 09/27/2018 | 94 (4 pgs) | Certificate of Mailing by BNC of Order on Motion to Disallow Exemption Notice Date 09/27/2018. (Admin.) (Entered: 09/28/2018) |
| 09/27/2018 | 95 (4 pgs) | Certificate of Mailing by BNC of Notice of Appeal Requirements Notice Date 09/27/2018. (Admin.) (Entered: 09/28/2018) |
| 10/03/2018 | 96 (5 pgs) | United States Trustees Response To Debtors Motion To Review Information And Accounting Records Filed By Trustee filed by Lindsay P. S. Kolba on behalf of Office of the United States Trustee. (related document(s)68)(Kolba, Lindsay) Modified on 10/4/2018 (jla). |
| 10/09/2018 | 97 (4 pgs) | Trustee's Report of Sale Filed by S. Gregory Hays on behalf of S. Gregory Hays. (related document(s)72) (Hays, S.) |
| 10/17/2018 | N/A | Transcript of Hearing on Motion to Review Information and Accounting Records filed by Trustee into the Court as |

12

12859583v1

|  |  |  |
|---|---|---|
|  |  | a Matter of Due Process filed by Christopher Eugene Goss Sr. (hd). TRANSCRIPT WILL BE ORDERED BY THE UNITED STATES TRUSTEE. |
| 10/18/2018 | 99 (4 pgs) | Order DENYING Debtor's Motion for Accounting and Request to Have Chapter 7 Trustee Removed. FURTHER ORDERED that Trustee's request for sanctions against Debtor is DENIED; provided however, Trustee is entitled to set off the Moving Expenses in the amount of $3,596.75 against Debtor's Exemption in the amount of $2,361.48, and, as a result, Trustee and the Bankruptcy Estate no longer have an obligation to pay Debtor the Debtor's Exemption. (Related Doc # 68) Service by BNC. Entered on 10/18/2018. (kpc) |
| 10/19/2018 | 101 (4 pgs) | Notice of Appeal to District Court, Fee $ 298 Receipt Number: None, Amount Paid $ 0, filed by Christopher Eugene Goss Sr. Appellant Designation due by 11/2/2018, submission by USBC to USDC due by 11/19/2018, (related document(s)99) (aam) |

Respectfully submitted this 16th day of November, 2018.

                                        ARNALL GOLDEN GREGORY LLP
                                      *Attorneys for Appellee Trustee*

                                      By:*/s/ Michael J. Bargar*
171 17th Street, NW, Suite 2100       Michael J. Bargar
Atlanta, Georgia 30363-1031          Georgia Bar No. 645709
(404) 873-7030                            michael.bargar@agg.com

12859583v1

# CERTIFICATE OF SERVICE

This is to certify that I, Michael J. Bargar, am over the age of 18, and that on November 16, 2018, I caused to be served true and correct copies of the *TRUSTEE'S DESIGNATION OF THE RECORD ON APPEAL* by first class United States mail, with adequate postage affixed to ensure delivery to the following entities at the addresses stated:

Lindsay P.S. Kolba
Office of the United States Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

Christopher Eugene Goss, Sr.
PO Box 11490
Atlanta, GA 30310

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Ronna M. Woodruff, Esq.
Woodruff Law LLC
123 Powers Ferry Road, SE
Marietta, GA  30067

Dated: November 16, 2018.

>               */s/ Michael J. Bargar*
>                Michael J. Bargar
>                Georgia Bar No. 645709

12859583v1