# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

TO: Mr. James N. Hatten, Clerk
United States District Court

DATE: November 20, 2018

RE: 17-71027-PMB
Bankruptcy Case No.

Christopher Eugene Goss, Sr
Debtor(s)

Christopher Eugene Goss, Sr
Appellant

vs
S. Gregory Hays, Chapter 7 Trustee
Appellee

## SUPPLEMENTAL SUBMISSION SHEET

**Submitted on:**
☒ Notice of Appeal filed 10/19/2018- Doc. No. 101
File date of Order being appealed from 10/18/2018 - Doc. No. 99
☒ Supplemental Record to USDC Case No. 18-CV-04877-AT
☐ Other: Click here to enter text.

**Contents of Record:**
☐ Initial Appeal
☒ Designated items of     ☐ Appellant(s)     ☒ Appellee

Docs: 1,6,7,12,18,27,29,30,31,32,34,36,37,38,39,40,41,43,46,47,48,49,50,51,52,53,55,56,58,59,60, 61,62,64,65,67,68,72,73,74,75,81,82,84,85,87,89,90,91,96,97,99,101,113, docket report

Filing Fee Paid -  ☐ Yes    ☒ No
In Forma Pauperis -  ☐ GRANTED    ☐ DENIED

If previous appeal filed, list:
USDC Case Number: **18-CV-4473**
USDC Judge Assignment: **AT**
Previous case numbers in related appeal cases:
Click here to enter text.

**Please return a "RECEIVED" stamped copy showing Case Number and Judge Assignment**

_____
**USDC Number/Judge**

FROM: M. Regina Thomas, Clerk of Court
United States Bankruptcy Court

By: __/s/_____
Yahaira Lugo, Deputy Clerk